

NUMBER 13-08-00695-CR and 13-08-00696-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

CARLYN UVALLE-POWELL,                                           Appellant,

v.

THE STATE OF TEXAS,                                             Appellee.

On Appeal from the 130th District Court
of Matagorda County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam

Appellant, Carlyn Uvalle-Powell, by and through her attorney, has filed a motion to dismiss her appeals because she no longer desires to prosecute them. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having

dismissed the appeals at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and
filed this the 26th day of February, 2009.